

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JOSE A. ALICEA, | § | No. 08-19-00149-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| V. | § | 327th District Court |
|  | § |  |
| CURIE BUILDING, LLC, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 2018DCV1765) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

Appellant has filed an unopposed motion to dismiss the appeal because the summary judgment order does not dispose of all issues, and therefore, is not a final judgment. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).

July 15, 2019

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.